# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2014

*The Court of Appeals hereby passes the following order:*

## A14A0749.  BRIAN HOOD v. TORRE PROTHRO.

Brian Hood and Torre Prothro were divorced in 2005, and the decree of divorce obligated Hood to pay Prothro child support.  Prothro subsequently filed a complaint for modification of child support.  The trial court entered a final order on the petition.  Hood directly appealed the order to this Court.

The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases."  Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6).  In Georgia, child support is a form of alimony.  See *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006).  Jurisdiction over actions to modify a divorce decree's child support provisions lies in the Supreme Court.  See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Smith v. Smith*, 254 Ga. 450, 451 (1) (330 SE2d 706) (1985).  Accordingly, because this matter involves child support modification, we lack jurisdiction over Hood's appeal, which is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/07/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*